**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: RAM REALTY CORP. § Case No. 1-19-44603-ESS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GREGORY M. MESSER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $182,199.94    Claims Discharged Without Payment: N/A

Total Expenses of Administration: $439,620.91

3) Total gross receipts of $ 2,190,420.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,568,599.65 (see **Exhibit 2**), yielded net receipts of $621,820.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,283,427.21 | $180,728.13 | $180,728.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 439,620.91 | 439,620.91 | 439,620.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,443.62 | 1,221.81 | 1,221.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 256,205.59 | 14,250.00 | 250.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,981,697.33 | $635,820.85 | $621,820.85 |

4) This case was originally filed under Chapter 7 on July 29, 2019. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2021          By: /s/GREGORY M. MESSER,TRUSTEE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 394 Kings Highway Brooklyn, NY 11223, Fee simple | 1110-000 | 2,180,952.50 |
| Action against Rudy Gleizer for stealing rents, | 1129-000 | 9,468.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,190,420.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RUDOLPH GLEIZER | Final Distribution | 8500-002 | 1,568,599.65 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,568,599.65** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Viand Hospitality LLC | 4110-000 | N/A | 178,246.05 | 178,137.55 | 178,137.55 |
| 2S | New York State Department of Taxation & Finance | 4110-000 | N/A | 2,590.58 | 0.00 | 0.00 |
| 2S-2 | New York State Department of Taxation & Finance | 4110-000 | N/A | 2,590.58 | 2,590.58 | 2,590.58 |
| 3 | Irina Gleizer | 4110-000 | N/A | 1,100,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,283,427.21** | **$180,728.13** | **$180,728.13** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - GREGORY M. MESSER, TRUSTEE | 2100-000 | N/A | 88,962.62 | 88,962.62 | 88,962.62 |
| Other - NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 4,128.00 | 4,128.00 | 4,128.00 |
| Other - NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 152,134.00 | 152,134.00 | 152,134.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 52.00 | 52.00 | 52.00 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3210-000 | N/A | 70,734.25 | 70,734.25 | 70,734.25 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3220-000 | N/A | 1,045.41 | 1,045.41 | 1,045.41 |
| Other - GARY LAMPERT, CPA | 3410-000 | N/A | 7,105.00 | 7,105.00 | 7,105.00 |
| Other - GARY LAMPERT, CPA | 3420-000 | N/A | 98.40 | 98.40 | 98.40 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-750 | N/A | 2,460.00 | 2,460.00 | 2,460.00 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-750 | N/A | 593.12 | 593.12 | 593.12 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-750 | N/A | 820.00 | 820.00 | 820.00 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 80.00 | 80.00 | 80.00 |
| Other - RELIABLE ABSTRACT CORP. | 2500-000 | N/A | 65,157.20 | 65,157.20 | 65,157.20 |
| Other - MICHAEL RICHMAN | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - JASPAN SCHLESINGER LLP | 2500-000 | N/A | 24,512.88 | 24,512.88 | 24,512.88 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-750 | N/A | 539.20 | 539.20 | 539.20 |
| Other - Mechanics Bank | 2600-000 | N/A | 1,529.51 | 1,529.51 | 1,529.51 |
| Other - UNITED STATES TREASURY | 2990-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 3,056.58 | 3,056.58 | 3,056.58 |
| Other - Mechanics Bank | 2600-000 | N/A | 2,949.98 | 2,949.98 | 2,949.98 |
| Other - Mechanics Bank | 2600-000 | N/A | 3,250.12 | 3,250.12 | 3,250.12 |
| Other - Mechanics Bank | 2600-000 | N/A | 3,143.06 | 3,143.06 | 3,143.06 |
| Other - Mechanics Bank | 2600-000 | N/A | 2,935.31 | 2,935.31 | 2,935.31 |
| Other - Mechanics Bank | 2600-000 | N/A | 3,234.27 | 3,234.27 | 3,234.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $439,620.91 | $439,620.91 | $439,620.91 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | New York State Department of Taxation & Finance | 5800-000 | N/A | 1,221.81 | 0.00 | 0.00 |
| 2P-2 | New York State Department of Taxation & Finance | 5800-000 | N/A | 1,221.81 | 1,221.81 | 1,221.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,443.62 | $1,221.81 | $1,221.81 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | New York State Department of Taxation & Finance | 7100-000 | N/A | 250.00 | 0.00 | 0.00 |
| 2U-2 | New York State Department of Taxation & Finance | 7100-000 | N/A | 250.00 | 250.00 | 250.00 |
| 5 | Renata Raykhman | 7100-000 | N/A | 241,705.59 | 0.00 | 0.00 |
| 6 | Estate of Michael Gleizer | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| TP | THOMAS PELLIGRINO | 7200-000 | N/A | 14,000.00 | 14,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $256,205.59 | $14,250.00 | $250.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-19-44603-ESS  
**Case Name:** RAM REALTY CORP.  

**Period Ending:** 07/14/21

**Trustee:** (520670) GREGORY M. MESSER, TRUSTEE  
**Filed (f) or Converted (c):** 07/29/19 (f)  
**§341(a) Meeting Date:** 10/01/19  
**Claims Bar Date:** 12/09/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 394 Kings Highway Brooklyn, NY 11223, Fee simple | 2,300,000.00 | 2,165,000.00 | | 2,180,952.50 | FA |
| 2 | Action against Rudy Gleizer for stealing rents, | Unknown | 9,468.00 | | 9,468.00 | FA |
| **2** | **Assets Totals** (Excluding unknown values) | **$2,300,000.00** | **$2,174,468.00** | | **$2,190,420.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/1/2019 - The Trustee examined the Debtor at the Section 341a meeting.   The Trustee is currenlty investigating the assets of the Debtor.

4/17/20 - The debtor has not produced copies of tax returns. The accountant for the Trustee has requested copies  of the  tax returns for the periods ended 12/31/2013, 12/31/2014, and  12/31/2015

5/5/20 - The Trustee retained LaMonica Herbst & Maniscalco, LLP as counsel and accountant for the Trustee

613/20 - Claims objection motion is pending before Judge Craig.  Hearing scheduled for 07/21/2020 at 03:00 PM.

**Initial Projected Date Of Final Report (TFR):** November 1, 2020     **Current Projected Date Of Final Report (TFR):** October 19, 2020  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-19-44603-ESS  
**Case Name:** RAM REALTY CORP.  
**Taxpayer ID #:** **-***7069  
**Period Ending:** 07/14/21  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Mechanics Bank  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $42,742,595.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/19 | {2} | PERGOLIZZI ASSOCIATES | PAYMENT OF RENTAL PAYMENTS | 1129-000 | 9,468.00 | | 9,468.00 |
| 09/12/19 | 101 | TRUSTEE INSURANCE AGENCY | PROPERTY INSURANCE PAYMENT INV. 12354 | 2420-750 | | 2,460.00 | 7,008.00 |
| 12/02/19 | 102 | TRUSTEE INSURANCE AGENCY | PROPERTY INSURANCE PAYMENT INV. 12355 | 2420-750 | | 593.12 | 6,414.88 |
| 12/30/19 | 103 | TRUSTEE INSURANCE AGENCY | Property Insurance Inv  12835 | 2420-750 | | 820.00 | 5,594.88 |
| 01/08/20 | 104 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #119-44603, Bond # 016027942 | 2300-000 | | 80.00 | 5,514.88 |
| 03/05/20 | 105 | TRUSTEE INSURANCE AGENCY | PROPERTY INSURANCE INV. 13052 | 2420-750 | | 539.20 | 4,975.68 |
| 04/17/20 | 106 | UNITED STATES TREASURY | EIN # 11-3527069" "Form 4506 request | 2990-000 | | 150.00 | 4,825.68 |
| 11/30/20 | | To Account #******6667 | TRANSFER OF FUNDS | 9999-000 | | 4,825.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **9,468.00** | **9,468.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,825.68 | |
| | | | **Subtotal** | | **9,468.00** | **4,642.32** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,468.00** | **$4,642.32** | |

{} Asset reference(s)

Printed: 07/14/2021 10:55 AM    V.20.34

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 1-19-44603-ESS | **Trustee:** | GREGORY M. MESSER, TRUSTEE (520670) |
| **Case Name:** RAM REALTY CORP. | **Bank Name:** | Mechanics Bank |
| | **Account:** | ******6667 - Checking Account |
| **Taxpayer ID #:** **-***7069 | **Blanket Bond:** | $42,742,595.00 (per case limit) |
| **Period Ending:** 07/14/21 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/26/19 | {1} | PERGOLIZZI & ASSOCIATES LLC | DEPOSIT ON SALE OF REAL PROPERTY | 1110-000 | 230,000.00 | | 230,000.00 |
| 02/12/20 | {1} | LAW OFFICE OF HUE CHEN | SALE OF REAL PROPERTY | 1110-000 | 755,000.00 | | 985,000.00 |
| 02/12/20 | {1} | HUI CHEN | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 30,000.00 | | 1,015,000.00 |
| 02/12/20 | {1} | HUI CHEN & ASSOCIATES, PLLC | PAYMENTS ON SALE OF REAL PROPERTY | 1110-000 | 29,614.49 | | 1,044,614.49 |
| 02/12/20 | {1} | HUI CHEN & ASSOCIATES, PLLC | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 5,952.50 | | 1,050,566.99 |
| 02/12/20 | {1} | LEE M. FONG | PAYMENT ON SALE OF REAL PROPERTY | 1110-000 | 1,130,385.51 | | 2,180,952.50 |
| 02/12/20 | 101 | RELIABLE ABSTRACT CORP. | CLOSING COST ON SALE OF REAL PROPERTY PER COURT ORDER DATED 12/2/19 | 2500-000 | | 65,157.20 | 2,115,795.30 |
| 02/12/20 | 102 | MICHAEL RICHMAN | TITLE CLOSER FEE | 2500-000 | | 200.00 | 2,115,595.30 |
| 02/20/20 | 103 | VIAND HOSPITALITY LLC | PAYOFF OF MORTGAGE | 4110-000 | | 178,137.55 | 1,937,457.75 |
| 02/20/20 | 104 | JASPAN SCHLESINGER LLP | LEGAL FEES AND DISBURSEMENTS | 2500-000 | | 24,512.88 | 1,912,944.87 |
| 02/20/20 | 105 | NYS DEPT OF TAXATION & FINANCE | FULL PAYMENT AND SATISFACTION OF CLAIM #2 | | | 4,062.39 | 1,908,882.48 |
| | | New York State Department of Taxation & Finance | Priority Tax Claim          1,221.81 | 5800-000 | | | 1,908,882.48 |
| | | New York State Department of Taxation & Finance | Secured Tax Claim          2,590.58 | 4110-000 | | | 1,908,882.48 |
| | | New York State Department of Taxation & Finance | General unsecured tax claim          250.00 | 7100-000 | | | 1,908,882.48 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,529.51 | 1,907,352.97 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,056.58 | 1,904,296.39 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 2,949.98 | 1,901,346.41 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,250.12 | 1,898,096.29 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,143.06 | 1,894,953.23 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 2,935.31 | 1,892,017.92 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,234.27 | 1,888,783.65 |
| 10/12/20 | 106 | NYS CORPORATION TAX | 2019 CT-3S  EIN 11-3527069 | 2820-000 | | 52.00 | 1,888,731.65 |
| 10/12/20 | 107 | NYC DEPARTMENT OF FINANCE | 2019 NYC-200V  EIN 11-3527069 | 2820-000 | | 4,128.00 | 1,884,603.65 |
| 10/12/20 | 108 | NYS CORPORATION TAX | 2020 CT-3S  EIN 11-3527069 | 2820-000 | | 750.00 | 1,883,853.65 |
| 10/12/20 | 109 | NYC DEPARTMENT OF FINANCE | 2020 NYC-200 EIN 11-3527069 | 2820-000 | | 152,134.00 | 1,731,719.65 |
| 11/30/20 | | From Account #******6666 | TRANSFER OF FUNDS | 9999-000 | 4,825.68 | | 1,736,545.33 |
| 02/11/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 1,736,545.33 | 0.00 |

Subtotals :          $2,185,778.18     $2,185,778.18

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-19-44603-ESS  
**Case Name:** RAM REALTY CORP.  
**Taxpayer ID #:** **-***7069  
**Period Ending:** 07/14/21  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Mechanics Bank  
**Account:** ******6667 - Checking Account  
**Blanket Bond:** $42,742,595.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **2,185,778.18** | **2,185,778.18** | **$0.00** |
| | | | Less: Bank Transfers | | 4,825.68 | 1,736,545.33 | |
| | | | **Subtotal** | | **2,180,952.50** | **449,232.85** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,180,952.50** | **$449,232.85** | |

{} Asset reference(s)

Printed: 07/14/2021 10:55 AM    V.20.34

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 1-19-44603-ESS  
**Case Name:** RAM REALTY CORP.  
**Taxpayer ID #:** **-***7069  
**Period Ending:** 07/14/21  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** People's United Bank  
**Account:** ******5796 - Checking Account  
**Blanket Bond:** $42,742,595.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 1,736,545.33 | | 1,736,545.33 |
| 03/08/21 | 10110 | GREGORY M. MESSER, TRUSTEE | TRUSTEE COMMISSIONS | 2100-000 | | 88,962.62 | 1,647,582.71 |
| 03/08/21 | 10111 | LAMONICA HERBST & MANISCALCO, LLP | ATTORNEY FOR TRUSTEE FEES AND EXPENSES | | | 71,779.66 | 1,575,803.05 |
| | | LAMONICA HERBST & MANISCALCO, LLP | COUNSEL TO TRUSTEE FEES   70,734.25 | 3210-000 | | | 1,575,803.05 |
| | | LAMONICA HERBST & MANISCALCO, LLP | COUNSEL TO TRUSTEE EXPENSES   1,045.41 | 3220-000 | | | 1,575,803.05 |
| 03/08/21 | 10112 | GARY LAMPERT, CPA | ACCOUNTANT FOR TRUSTEE FEES AND EXP | | | 7,203.40 | 1,568,599.65 |
| | | GARY LAMPERT, CPA | ACCOUNTANT FOR TRUSTEE FEES   7,105.00 | 3410-000 | | | 1,568,599.65 |
| | | GARY LAMPERT, CPA | ACCOUNTANT FOR TRUSTEE EXP   98.40 | 3420-000 | | | 1,568,599.65 |
| 04/13/21 | 10113 | RUDOLPH GLEIZER | Final Distribution | 8500-002 | | 1,568,599.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,736,545.33 | 1,736,545.33 | **$0.00** |
| | | | Less: Bank Transfers | | 1,736,545.33 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,736,545.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,736,545.33** | |

| | |
|---|---|
| Net Receipts : | 2,190,420.50 |
| Less Other Noncompensable Items : | 1,568,599.65 |
| Net Estate : | $621,820.85 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6666** | 9,468.00 | 4,642.32 | 0.00 |
| **Checking # ******6667** | 2,180,952.50 | 449,232.85 | 0.00 |
| **Checking # ******5796** | 0.00 | 1,736,545.33 | 0.00 |
| | **$2,190,420.50** | **$2,190,420.50** | **$0.00** |

{} Asset reference(s)

Printed: 07/14/2021 10:55 AM    V.20.34